UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

E-FILED
Tuesday, 28 May, 2019 01:13:15 PM
Clerk, U.S. District Court, ILCD

FILED
MAY 28 2019
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MDL No. 2901 & TITLE - IN RE: Ford Motor Co. F-150 and Ranger Truck Fuel Economy Marketing and Sales Practices Litigation

# NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Defendant Ford Motor Company

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

See Schedule of Actions attached as Appendix A

*****************************************************

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 5/24/19 | /s/ Joel A. Dewey |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Joel A. Dewey, DLA Piper LLP (US), 6225 Smith Avenue, Baltimore, Maryland 21209

Telephone No.: 410-580-4135     Fax No.: 410-580-3135

Email Address: joel.dewey@dlapiper.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

## APPENDIX A

## SCHEDULE OF ACTIONS

| Case Name | District Court | Civil Action Number | Judge |
|---|---|---|---|
| **Plaintiffs:** Cook, William Don **Defendant:** Ford Motor Company | Middle District of Alabama | 2:19-cv-00335-ECM-GMB | Honorable Gray M. Borden |
| **Plaintiffs:** Hubert, Ryan **Defendant:** Ford Motor Company | Central District of Illinois | 2:19-cv-02125-CSB-EIL | Honorable Colin Stirling Bruce |
| **Plaintiffs:** Lloyd, Marshall B. **Defendant:** Ford Motor Company | Eastern District of Michigan | 2:19-cv-11319-RHC-APP | Honorable Robert H. Cleland |

BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: FORD MOTOR CO. F-150 AND )
RANGER TRUCK FUEL ECONOMY ) MDL No. 2901
MARKETING AND SALES PRACTICES )
LITIGATION )

## PROOF OF SERVICE

I hereby certify that copies of the foregoing Notice of Appearance, Schedule of Actions and this Proof of Service were served by First Class Mail on the following:

Clerk, Central District of Illinois
United States District Court
Central District of Illinois
305 U.S. Courthouse
100 N.E. Monroe Street
Peoria, Illinois 61602

Clerk, Southern District of Florida
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 10-1
Miami, Florida 33128

Clerk, Middle District of Alabama
United States District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

Clerk, Eastern District of Michigan
United States District Court
Eastern District of Michigan, Port Huron Division
526 Water Street
Port Huron, Michigan 48060

I further certify that copies of the foregoing Notice of Appearance, Schedule of Actions and this Proof of Service were served by first-class mail, postage prepaid to the following:

| | |
|---|---|
| Adam J. Levitt<br>John E. Tangren<br>Adam Prom<br>DICELLO LEVITT GUTZLER LLC<br>Ten North Dearborn Street, Eleventh Floor<br>Chicago, Illinois 60602<br>(312) 214-7900<br>alevitt@dicellolevitt.com<br>itangren@dicellolevitt.com<br>aprom@dicellolevitt.com<br><br>E. Powell Miller<br>Sharon S. Almonrode<br>William Kalas<br>THE MILLER LAW FIRM, P.C.<br>950 West University Drive, Suite 300<br>Rochester, Michigan 48307<br>(248) 841-2200<br>epm@millerlawpc.com<br>ssa@millerlawpc.com<br>wk@millerlawpc.com<br><br>Joseph G. Sauder<br>Matthew D. Schelkopf<br>Joseph B. Kenney<br>SAUDER SCHELKOPF LLC<br>555 Lancaster Avenue<br>Berwyn, Pennsylvania 19312<br>(610) 200-0581<br>jp@sstriallawyers.com<br>mds@sstriallawyers.com<br>jbk@sstriallawyers.com<br><br>***Counsel for Plaintiff Ryan Hubert*** | W. Daniel "Dee" Miles, III<br>H. Clay Barnett, III<br>Leslie L. Pescia<br>Christopher Daniel Baldwin<br>BEASLEY ALLEN CROW METHVIN<br>   PORTIS & MILES, P.C.<br>272 Commerce Street<br>Montgomery, Alabama 36104<br>(334) 269-2343<br>Dee.Miles@beasleyallen.com<br>Clay.Barnett@beasleyallen.com<br>Leslie.Pescia@beasleyallen.com<br>Chris.Baldwin@beasleyallen.com<br><br>Benjamin L. Bailey<br>Jonathan D. Boggs<br>BAILEY & GLASSER LLP<br>209 Capitol Street<br>Charleston, West Virginia 25301<br>(304) 345-6555<br>bbaileyr&baileyglasser.com<br>jboggs@baileyglasser.com<br><br>***Counsel for Plaintiff William Don Cook*** |
| Robert C. Hilliard<br>HILLIARD MARTINEZ GONZALES LLP<br>719 S. Shoreline Boulevard | John A. Yanchunis<br>MORGAN & MORGAN<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>(813)223-5505 |

| | |
|---|---|
| Corpus Christi, Texas 78401<br>Telephone No.: (361) 882-1612<br>Facsimile No.: (361) 882-3015<br>hmgserviceiithmglawtirm.com<br><br><br>Steve W. Berman<br>**HAGENS BERMAN SOBOL SHAIPRO LLP**<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br><br><br>*Counsel for Plaintiff Marshall Lloyd* | Mike Morgan<br>MORGAN & MORGAN<br>COMPLEX LITIGATION GROUP<br>20 N. Orange Avenue, Suite 1600<br>Orlando, FL 32801<br><br>*Counsel for Plaintiff Dillon Drake* |

DATED: May 24, 2019

/s/ Joel A. Dewey
DLA PIPER LLP (US)
6225 Smith Avenue
Baltimore, Maryland 21209
Telephone: (410) 580-4135
Fax: (410) 580-3135
Email: joel.dewey@dlapiper.com

*Attorneys for Defendant Ford Motor Company*

NEOPOST 05/24/2019
US POSTAGE $001.30⁰
ZIP 21209
041M11280239

DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600

DLA PIPER

Clerk, Central District of Illinois
United States District Court
Central District of Illinois
305 U.S. Courthouse
100 N.E. Monroe Street
Peoria, Illinois 61602